

4031 Colonel Glenn Highway
Dayton, Ohio 45431
Tel. 937.839.2881
Fax 800.839.5843
www.boydgentrylaw.com

Boyd W. Gentry
Admitted in Ohio & Kentucky

Zachary P. Elliott
Admitted in Ohio

bgentry@boydgentrylaw.com

March 21, 2022

**VIA EMAIL ONLY**
Richard J. Meier, Esq. (richard@lpglaw.com)
LITIGATION PRACTICE GROUP
17542 E. 17th Street, Suite 100
Tustin, CA 92780
*Counsel for Plaintiff*

**RE: McCain v. LTD Financial Services, LP, Case 1:22-cv-00043-TSB**

Richard,

      Please allow this letter to serve as my client's response to your settlement offer. My client rejects your settlement offer. While the alleged letters were dated October 25, 2022, LTD did not receive the first one until December 7, 2021. LTD received another copy of the letter on December 15, 2021. LTD had no communication with Plaintiff after December 7, 2021.

      Sincerely,

      /s/Boyd W. Gentry

1

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | | |
|---|---|---|
| Charlotte McCain, | : | |
| | : | Case No: 1:22-cv-43 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge: Timothy S. Black |
| | : | |
| LTD Financial Services, L.P., | : | |
| | : | Initial Disclosures of Defendant LTD |
| Defendant. | : | Financial Services, L.P. |
| | : | |

Now comes Defendant LTD Financial L.P. and for its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1)(A), provides the following:

1. **Rule 26(a)(1)(A)(i)** - [T]he name and, if known, the address and telephone number of each individual likely to have discoverable information-along with the subjects of that information-that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment."

    • Corporate representative of LTD Financial L.P. % Boyd W. Gentry, 4031 Colonel Glenn Highway, Beavercreek, Ohio 45431. This representative will have knowledge of the allegations in the complaint and defenses raised in the answer to the complaint.

2. **Rule 26(a)(1)(A)(ii)** - "[A] copy of-or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control any may use to support its claims or defenses, unless the use would be solely for impeachment."

    • Business records concerning the allegations in the complaint, attached hereto as LTD001-012.

3. **Rule 26(a)(1)(A)(iii)** - "[A] computation of each category of damages claimed by the disclosing party-who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered."

    • N/A

4. **Rule 26(a)(1)(A)(iv)** - "[F]or inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy

1

all or part a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment."

- N/A

    Respectfully submitted,

    /s/ Zachary P. Elliott
    Boyd W. Gentry (0071057)
    Zachary P. Elliott (0090057)
    Law Office of Boyd W. Gentry, LLC
    4031 Colonel Glenn Highway, First Floor
    Beavercreek, OH 45431
    Tel. (937) 839-2881
    Fax (800) 839-5843
    bgentry@boydgentrylaw.com
    zelliott@boydgentrylaw.com
    *Counsel for LTD Financial Services, LP*

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing Initial Disclosures of Defendant LTD Financial Services, L.P. has been served via email service to the following on March 21, 2022.

Richard J. Meier, Esq. (richard@lpglaw.com)
LITIGATION PRACTICE GROUP
17542 E. 17th Street, Suite 100
Tustin, CA 92780
Tel: (657) 600-9790
Fax: (949) 315-4332
*Counsel for Plaintiff*

/s/ Zachary P. Elliott
Zachary P. Elliott (0090057)

```
 2021/12/15                              LTD FIN SVCS (post)                                           PAGE     1
   17:19:51                              ACCOUNT INFORMATION                                           SCRP340
                                                                                                       SONDRAJURI

------------------------------------------------------------------------------------------------------------------
  MASTER ACCOUNT INFO.    ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------

    NAME: MCCAIN, CHARLOTTE B                                          --- MULTIPLES ---
 ADDRESS: 401 SHELBURNE WAY
    CITY: NICHOLASVILLE        STATE: KY  ZIP: 40356-6502
   PHONE:                SSN: xxx-xx-7443

 DATE RECEIVED: 2021/10/05   PLACEMENT DATE: 2021/10/05

       PLACEMENT AMOUNT:     12,071.48           STATUS:
            ADJUSTMENTS:           .00     ARCHIVE DATE:
          PAID TO CLIENT:          .00
          PAID TO AGENCY:          .00                              --- NEARBYS ---
                BALANCE:     12,071.48     SPECIAL ID 1:
           AMT CANCELED:           .00                2: D
                AMT NSF:           .00                3:
     TOTAL CLNT INTEREST:          .00                4:
     CUR.  CLNT INTEREST:          .00                5:
     TOTAL AGCY INTEREST:          .00                6:
     CUR.  AGCY INTEREST:          .00      - INTEREST INFORMATION -
          CUR. PRINCIPLE:     12,071.48          RATE:     .00
                                            START DATE:
                                       LAST CALC.DATE:    0/00/00
   OPEN DATE: 2013/09/23    CHARGE OFF: 2021/06/29                             MAINT DATE: 2021/12/15  SONDRAJURI

  EMPLOYER NAME:                          PHONE:             EXT: 00000
        ADDRESS:                                       CITY:               STATE:      ZIP:

 SPOUSE NAME:              SPOUSE POE:            SPOUSE PHONE:

 PHONE 1:             DESCRIPTION 1:
 PHONE 2:             DESCRIPTION 2:
 PHONE 3:             DESCRIPTION 3:
------------------------------------------------------------------------------------------------------------------
  ORIGINAL ADDRESS        ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------

 ADDRESS: 401 SHELBURNE WAY
    CITY: NICHOLASVILLE        STATE: KY  ZIP: 40356-6502
   PHONE:
------------------------------------------------------------------------------------------------------------------
  FINANCIAL TRANSACTIONS  ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------

   ENT DTE    ENT TME TC TRANSACTION ID    TRANS AMT      FEE AMT    AMT TO PRIN  AMT AGCY INT   AMT CLT INT       BALANCE   DEP DTE   RMT DTE

------------------------------------------------------------------------------------------------------------------
  MATCH RECORD INFO.      ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------


------------------------------------------------------------------------------------------------------------------
  LETTER TRANSACTIONS     ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------

              LETTER CODE     DUE DATE    SENT DATE
```

LTD001

```
 2021/12/15                               LTD FIN SVCS (post)                                        PAGE    2
   17:19:51                               ACCOUNT INFORMATION                                        SCRP340
                                                                                                     SONDRAJURI

------------------------------------------------------------------------------------------------------------------
 LETTER TRANSACTIONS       ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161        REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------

                          LETTER CODE      DUE DATE      SENT DATE

                              01          2021/10/06    2021/10/06
                              20          2021/11/10    2021/11/10
------------------------------------------------------------------------------------------------------------------
 COLLECTOR COMMENTS        ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161        REFERENCE NUMBER: 027681996
------------------------------------------------------------------------------------------------------------------

       DATE       TIME   PLACE  WHO   COMMENT                                              COLLECTOR  STATUS

    2021/12/15  13:02:00               A/R entered - N,DSP                                   78818
    2021/12/15  13:02:55    O     O    RCVD WRITTEN DSP FR LITIGATION PRACTICE GROUP--AW     78818      219
    2021/12/15  17:19:23    O     O    recieved threat of suit - placing on hold - SKJ       78776      219
    2021/12/15  17:19:26    M     V    MOVED TO COLL. 99926 FROM 99966 BY SONDRAJURI         78776      219
    2021/12/09  10:10:20    O     O    MEDIA SENT TO SCAN***ARD                              78810      219
    2021/12/09  13:44:08    O     O    media sent to consumer***ard                          78810      219
    2021/12/07  13:19:15               A/R entered - N,VAL                                   78818
    2021/12/07  13:20:58    O     O    RCVD VAL REQ FR LITIGAITON PRACTICE GROUP- REQ A COPY OF THE   78818      219
    2021/12/07  13:21:29    O     O    OPERATIVE CONTRACT, A SUMMARY OF THE CHARGES MAKING UP THE    78818      219
    2021/12/07  13:21:59    O     O    ALLEGED BALANCE, AND/OR ANY APPLICABLE COLLECTION AGREEMENT-AW 78818     219
    2021/12/07  13:22:06    M     V    MOVED TO COLL. 99966 FROM 08253 BY ASHLEYWALK                           219
    2021/11/30  13:39:13               A/R entered - N,RVW                                    8253
    2021/11/30  13:41:18    O     O    waitng on poa ..... 8253                               8253      219
    2021/11/18  13:36:54               A/R entered - O,ATY                                   12535
    2021/11/18  13:36:54               P1-7034727447 dialed, Dur 5:37                        12535
    2021/11/18  13:46:01               Atty info activated by NORMAPEREZ
    2021/11/18  13:46:21    H     O    crd, soft id cm/ ver dob and address, wim, acnt sts, std we   12535     218
    2021/11/18  13:46:40    O     O    have to call her attorney, provided name and number, declined 12535     218
    2021/11/18  13:46:58    O     O    to say if she is doing bankrupcy or debt consolidation std    12535     218
    2021/11/18  13:47:02    O     O    we have to call them                                  12535      218
    2021/11/18  14:15:46               A/R entered - A,NML                                    8253
    2021/11/18  14:16:34               A-9497150644 dialed                                    8253
    2021/11/18  14:20:55    O     A    clld atty off qa tt john cllng to see if they represent cst   8253      219
    2021/11/18  14:24:13    O     O    sd they do repersent cst ask if he can email poa sd only able 8253      219
    2021/11/18  14:24:40    O     O    answer yes or no queastion gve cont and emaill addrs ..8253    8253     219
    2021/11/16   8:35:15    O     O    ph p2 - na - Dispstn Code = NOA - man
    2021/11/15  11:51:08    O     O    ph p2 - na - Dispstn Code = NOA - man
    2021/11/15  11:51:31    O     O    ph p1 - na - Dispstn Code = ABN - man
    2021/11/12  11:28:19    O     O    ph p2 - na - Dispstn Code = NOA - man
    2021/11/12  11:29:29    O     O    ph p1 - na - Dispstn Code = NOA - man
    2021/11/10   9:18:52    O     O    ph p2 - na - Dispstn Code = NOA - man
    2021/11/10   9:19:47    O     O    ph p1 - na - Dispstn Code = AMD - man
    2021/11/05  15:58:19    O     O    ph p1 - na - Dispstn Code = AMD - man
    2021/11/04   8:17:19    O     O    ph p2 - na - Dispstn Code = NOA - man
    2021/11/04   8:46:21    O     O    ph p1 - na - Dispstn Code = AMD - man
    2021/11/02   9:08:06    O     O    ph p1 - na - Dispstn Code = AMD - man
    2021/11/02   9:10:42    O     O    ph p2 - na - Dispstn Code = AMD - man
    2021/10/29  11:56:52    O     O    ph p2 - na - Dispstn Code = AMD - man
    2021/10/29  13:14:44    O     O    ph p1 - na - Dispstn Code = AMD - man
    2021/10/27   8:07:24               A/R entered - O,NOA O,AMN                              8253
    2021/10/27   8:07:31               P2-5408688547 dialed, Dur :22                          8253
    2021/10/27   8:07:55               P1-7034727447 dialed, Dur :17                          8253
    2021/10/27   8:08:03    O     O    POSS2 REC SD CALL CLDNT BE COMPLTD AT THS TIME ////POSS1 REC   8253     230
```

LTD002

```
 2021/12/15                              LTD FIN SVCS (post)                                    PAGE     3
  17:19:51                               ACCOUNT INFORMATION                                    SCRP340
                                                                                                SONDRAJURI
-------------------------------------------------------------------------------------------------------------
 COLLECTOR COMMENTS     ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161       REFERENCE NUMBER: 027681996
-------------------------------------------------------------------------------------------------------------

           DATE      TIME   PLACE  WHO  COMMENT                                       COLLECTOR   STATUS
       2021/10/27  8:08:09    O     O   ON NML .... 8253                                8253       230
       2021/10/25 10:40:41    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/22  8:48:35    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/22  8:49:23    O     O   ph p2 - na - Dispstn Code = AMD - man
       2021/10/21  9:01:16    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/21  9:02:27    O     O   ph p2 - na - Dispstn Code = AMD - man
       2021/10/19  9:16:08    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/19  9:25:38    O     O   ph p2 - na - Dispstn Code = AMD - man
       2021/10/15 14:51:36    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/12 15:33:01    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/12 15:33:27    O     O   ph p2 - na - Dispstn Code = NOA - man
       2021/10/11 10:43:06    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/11 10:46:31    O     O   ph p2 - na - Dispstn Code = NOA - man
       2021/10/08  8:07:53    O     O   ph p1 - na - Dispstn Code = AMD - man
       2021/10/08  8:46:55    O     O   ph p2 - na - Dispstn Code = AMD - man
       2021/10/08  9:57:56    M     V   COMPLETED RE-DISBUR 33333 TO 08253 BY INISHACLAR  8253    100
       2021/10/07 11:22:20                A/R entered - O,AMN                              6126
       2021/10/07 11:22:23                P1-7034727447 dialed, Dur :26                    6126
       2021/10/06    38:43                *** No Bkrpcy / Dec info received ***
       2021/10/06    38:43                ***** Information received from Score/BKP/DEC request *****
       2021/10/06    38:46                ***** TRANS UNION LOCATOR INFO REQUESTED *****              000
       2021/10/06    40:46                ***** TLO REQUEST SENT *****
       2021/10/06    55:20                *** TU TLO INFORMATION RETURNED *****
       2021/10/06    55:21                ***** CBCInnovis INFORMATION REQUESTED *****               000
       2021/10/06    59:21                ***** CBCInnovis REQUEST SENT *****
       2021/10/06  8:12:39                **NO SCRA INFO RECEIVED BORROWER**              12796
       2021/10/06 23:13:53    O     0   FIRST LETTER SENT AUTOMATICALLY
       2021/10/05 16:20:00                SCRA info requested
       2021/10/05 16:30:01                ***** Score / BKP and DEC Information Requested *****
       2021/10/05 19:30:02    *     *   SCORE AND BANKRUPTCY INFO REQUESTED FROM TRANS UNION
-------------------------------------------------------------------------------------------------------------
 CLIENT COMMENTS        ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161       REFERENCE NUMBER: 027681996
-------------------------------------------------------------------------------------------------------------
                   19660305           00000000            Y             20211005  Y
            M1186582         5148875054857161
                   202110062021111620211215
            BARCLAYS BANK DELAWARE                       SECLGL   BARCLYBARCLY
            BARCLAYS BANK DELAWARE
            20211006                  202110062021100520211006       2021100520211005

            BARCLAYCARD REWARDS MASTERCARD
            CREDIT CARD
            CLIENT ID#: M1186582
            ORIG CRDTR: BARCLAYS BANK DELAWARE
            CURR CRDTR: BARCLAYS BANK DELAWARE
            PL CODE: BARCLY   FC CODE: BARCLY
            ORIG CRDTR LPDT: 20201221  LPAMT: 116.00
            DOB: 19660305
            MILITARY: N
            MILITARY: N TRAK PLC DATE: 20211004
```

LTD003

```
 2021/12/15                                         LTD FIN SVCS (post)                                           PAGE     4
   17:19:51                                         ACCOUNT INFORMATION                                           SCRP340
                                                                                                                  SONDRAJURI

---------------------------------------------------------------------------------------------------------------------------
 CLIENT COMMENTS           ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996
---------------------------------------------------------------------------------------------------------------------------
                           FWDR AGCY: LTDF
                           MERCHANT: BARCLAYCARD REWARDS MASTERCARD
                           ASSET TYPE: CREDIT CARD
                           COLLECTABILITY SCORE: 614 ...2021/10/06
---------------------------------------------------------------------------------------------------------------------------
 END OF INFORMATION        ACCOUNT NUMBER: T60 xxxxxxxxxxxx7161          REFERENCE NUMBER: 027681996         END OF INFORMATION
---------------------------------------------------------------------------------------------------------------------------
```

LTD004

October 25th, 2021

**PERSONAL AND CONFIDENTIAL**



P.O. Box 513018, Los Angeles, CA 90051-1018
Tel. (949) 715-0644 · Fax (949) 315-4332
Support@LPGLaw.com

27681996

158 1 SP 0.530 ****************************SNGLP 956
1.2.582696.S1.1
LTD FINANCIAL SERVICES, L.P
PO BOX 421529
HOUSTON TX 77242-1529

**Re: Charlotte Mccain**
**Dispute of Account: ****1996**

To Whom it May Concern:

I represent Charlotte Mccain in connection the above-referenced account.

My client disputed the above-referenced account with the credit bureaus and the original creditor. Despite those disputes, it seems that the account has been placed for collection with your company. Please take note that my client continues to assert the disputes and adamantly contests the collectability of the account.

Pursuant to the Fair Debt Collection Act, found at 15 U.S.C 1692 et seq., my client requests that you provide validation of the account including a copy of the operative contract, a summary of the charges making up the alleged balance, and/or any applicable collection agreements.

Additionally, on behalf of my client, I hereby demand that you **CEASE AND DESIST** all further communications with my client and direct all communication regarding this account to me at the contact information provided above.

If you have any questions, please call me at 940-715-0644 to discuss further.

Sincerely,

*[signature]*

Daniel S. March

LTD005

LTD006

Litigation Practice Group
1351 Calle Avanzado Suite 4
San Clemente, CA 92673

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
DFS

LTD007



LTD008

October 25th, 2021

**PERSONAL AND CONFIDENTIAL**



P.O. Box 513018, Los Angeles, CA 90051-1018
Tel. (949) 715-0644 · Fax (949) 315-4332
Support@LPGLaw.com

158 1 SP 0.530 **********************SNGLP 956
1.2.584344.S1.1
LTD FINANCIAL SERVICES, L.P
PO BOX 421529
HOUSTON TX 77242-1529

**Re:    Charlotte Mccain**
**Dispute of Account: ****1996**

To Whom it May Concern:

I represent Charlotte Mccain in connection the above-referenced account.

My client disputed the above-referenced account with the credit bureaus and the original creditor. Despite those disputes, it seems that the account has been placed for collection with your company. Please take note that my client continues to assert the disputes and adamantly contests the collectability of the account.

Pursuant to the Fair Debt Collection Act, found at 15 U.S.C 1692 et seq., my client requests that you provide validation of the account including a copy of the operative contract, a summary of the charges making up the alleged balance, and/or any applicable collection agreements.

Additionally, on behalf of my client, I hereby demand that you **CEASE AND DESIST** all further communications with my client and direct all communication regarding this account to me at the contact information provided above.

If you have any questions, please call me at 940-715-0644 to discuss further.

Sincerely,

*[signature]*

Daniel S. March

LTD009

LTD010

**The Litigation Practice Group**
P.O. Box 513018
Los Angeles, CA 90051

```
PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
DFS
```

LTD011

LTD012